UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RALPH COUNTRYMAN,

    Plaintiff

v.

JAKE VIALPANDO, et al.,

    Defendants

Case No.: 3:22-cv-00008-RCJ-CSD

**Order**

Re: ECF No. 1

    Plaintiff has filed an application to proceed *in forma pauperis* (IFP) and civil rights complain pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.) The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed [IFP]. The application must be made on the form provided by the court and must include a financial affidavit **disclosing the applicant's income, assets, and liabilities**." LSR 1-1.

    Plaintiff's IFP application states that he has $0 in wages, but then he checks boxes to indicate he has received other income in the past 12 months, including: income from a business, profession or other self-employment; income from rent payments, interest or dividends; and income from "other sources." Plaintiff, however, does not describe each source of money or the amount received as directed by the form. Nor does Plaintiff list his assets, monthly expenses, dependents, or debts or financial obligations. (ECF No. 1 at 1.) Therefore, Plaintiff's IFP application (ECF No. 1-1) is incomplete, and is **DENIED WITHOUT PREJUDICE**.

    The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to either file his completed

IFP application or pay the full $402 filing fee (consisting of the $350 filing fee and $52 administrative fee). If Plaintiff files his completed IFP application, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

If Plaintiff fails to timely file a completed IFP application or pay the filing fee, the court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: January 26, 2022

_____
Craig S. Denney
United States Magistrate Judge

2