JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
BLAINE T. WELSH
Nevada Bar Number 4790
HOLLY A. VANCE
Assistant United States Attorneys
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov
Blaine.Welsh@usdoj.gov

Attorneys for Defendant Jake Vialpando

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RALPH COUNTRYMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAKE VIALPANDO, LORELI LeBARON AND DIANNE MOYLE,<br><br>　　　　　Defendants. | Case No. 3:22-cv-00008-RCJ-CSD<br><br>**ORDER GRANTING**<br><br>**Motion for Extension to Respond to Civil Rights Complaint**<br><br>**(First Request)** |

　　　　Defendant Jake Vialpando, Field Manager for Bureau of Land Management, hereby moves to extend the deadline in which to respond to the Civil Rights Complaint (ECF 6) by 60 days from October 21, 2022 to December 20, 2022. An extension is warranted because:

　　　　(1) AUSA Holly Vance, who is assigned to defend this case, was injured in an accident on October 2, 2022. (Welsh Decl. ¶ 2);

　　　　(2) Based on the information available to the undersigned, AUSA Vance will not be able to resume work in this case until November 14, 2022, at the earliest. She underwent surgery today and will be in recovery for an estimated 4-6 weeks (Id.);

(3) All attorneys in the Civil Division of this office are handling a much higher workload than normal (Welsh Decl. ¶ 3);

(4) From December 18, 2021 until now, four of the 14 attorneys in the civil division have left the office (Id.);

(5) Two more attorneys in the civil division will be transferring to other U.S. Attorney's Offices by the end of 2022 (Id.); and,

(6) Given those vacancies and the increased workloads, the undersigned is unaware of any AUSA who could step into this case and process/prepare the response to the complaint before December 20, 2022 (Id.).

In short, good cause exists to extend the deadline in the case. See Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

A 60-day extension would result in the response being due December 20, 2022.

This is Defendant's first request for an extension of time. See LR IA 6-1(a) (must advise of previous extensions). This motion is made in good faith and not for the purpose of undue delay. (Welsh Decl. ¶ 4).

DATED: October 14, 2022.

JASON M. FRIERSON
United States Attorney

 /s/ Blaine Welsh
BLAINE WELSH
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: October 17, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

2