# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RALPH COUNTRYMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>JAKE VIALPANDO, et al.,<br><br>    Defendants. | 3:22-cv-00008-RCJ-CSD<br><br>**ORDER** |

On January 23, 2023, the court granted Defendant's Motion to Stay Discovery pending a decision on the Motions to Dismiss. (ECF No. 31.)

On August 14, 2023, Senior District Judge Robert C. Jones issued his ruling on the motions to dismiss. (ECF No. 38.)  Based on Judge Jones's ruling, it appears Defendant LeBaron is the only Defendant left in this case. Therefore,

The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Wednesday, September 20, 2023.**

**IT IS SO ORDERED.**

DATED:  September 5, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1